UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Crim. No. 06-10068 |
| LAMONICA D. MOORE, | ) | |
| Defendant. | ) | |

**FILED**

SEP 2 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

This matter having come before the Court upon motion of the defendant to determine the competency of the defendant to assist in her own defense at trial;

THE COURT ORDERS pursuant to Title 18 U.S.C. Sections 4241(b) that defendant be transferred to a medical facility within the Bureau of Prisons in order to be evaluated by a psychiatrist or psychologist on the issue of competency. Such evaluation, which shall be conducted pursuant to Title 18 U.S.C. Section 4247(b), shall determine whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceeding against her or to properly assist in her defense.

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

DATE: 9/22/06

s/ Michael M. Mihm
_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE